**Appendix K**                                                                    Revised: 1/24/07

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# _____ DIVISION
# APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following: Case # ___4:09-cv-439___

Style: ___Angela Minor v. Real Page, Inc.___

2. Applicant is representing the following party/ies: ___Angela Minor___

3. Applicant was admitted to practice in __VA__ (state) on __1994__ (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:
    Supreme Court of United States 2005 / Supreme Court of VA 1995 / U.S. District Court of Michigan 2003
    U.S. Court of Appeals, 4th Circuit 2005 / U.S.D.C. E.D. Va 1994 / U.S. District Court of NC 2005

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, ___LEONARD A. BENNETT___ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date ___12/8/2009___        Signature ___[signature]___

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) __LEONARD A. BENNETT__
State Bar Number __37523__
Firm Name: __Consumer Litigation Associates, P.C.__
Address/P.O. Box: __12515 Warwick Boulevard, Suite 100__
City/State/Zip: __Newport News, VA 23606__
Telephone #: __(757) 930-3660__
Fax #: __(757) 930-3662__
E-mail Address: __lenbennett@clalegal.com__
Secondary E-Mail Address: _____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: __12/11/2009__

__David J Maland__
David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By __[signature]__
Deputy Clerk

# United States District Court
for the
Eastern District of Texas at Sherman

Date: Friday, December 11, 2009

Received from:

**Consumer Litigation Associates, PC**

**12515 Warwick Blvd., Suite 100**

**Newport New, VA 23606**

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $25.00 |
| **Total** | **$25.00** |

Payment method: Check

Case or other reference: 4:09cv439 Minor v Real Page, Inc

Comments: check #10839
pro hac vice fee for Leonard A Bennett

Received by: **baf**