**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **ANGELA MINOR, ON BEHALF OF** | § | |
| **HERSELF AND INDIVIDUALS** | § | |
| **SIMILARLY SITUATED** | § | |
|     **Plaintiff** | § | |
| | § | |
| **VS.** | § | **NO. 4:09CV-00439** |
| | § | **HONORABLE RICHARD A. SCHELL** |
| **REAL PAGE, INC.** | § | |
|     **Defendant** | § | |

**PLAINTIFFS' NOTICE OF INITIAL DISCLOSURES
BY PLAINTIFF, ANGELA MINOR, ON BEHALF OF HERSELF
AND INDIVIDUALS SIMILARLY SITUATED**

**TO THE HONORABLE JUDGE OF SAID COURT:**

PLEASE TAKE NOTICE that Angela Minor, on behalf of herself and individuals similarly situated, Plaintiff in the above-styled and numbered cause, pursuant to Federal Rule of Civil Procedure 26(a)(1), has on this the 22 day of January, 2010, served her Initial Disclosures upon counsel of record for Defendant.

    Respectfully submitted,

    **WELLER, GREEN, TOUPS & TERRELL, L.L.P.**
    Post Office Box 350
    Beaumont, Texas 77704
    (409) 838-0101
    Fax: (409) 832-8577
    Email:  matoups@wgttlaw.com

    **/s/ Mitchell A. Toups**
    **MITCHELL A. TOUPS**
    STATE BAR NO. 20151600

Matthew J. Erausquin
**CONSUMER LITIGATION ASSOCIATES, P.C.**
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Telephone:	703-273-7770
Facsimile:	888-892-3512
Email: matt@clalegal.com

Leonard A. Bennett (VSB No. 37523)
Consumer Litigation Associates, P.C.
12515 Warwick Boulevard, Suite 100
Newport News VA 23606
Telephone:	757-930-3660
Facsimile:	757-930-3662
Email: lenbennett@clalegal.com

**ATTORNEYS FOR PLAINTIFF, ANGELA MINOR, ON BEHALF OF HERSELF AND INDIVIDUALS SIMILARLY SITUATED**

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been furnished to all counsel of record listed below by e-mail; facsimile; overnight delivery; Regular Mail and/or Certified Mail, Return Receipt Requested on this 22 day of January, 2010.

**/s/ Mitchell A. Toups**
Mitchell A. Toups