IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ANGELA MINOR, ON BEHALF OF HERESELF AND INDIVIDUALS SIMILARLY SITUATED<br>    Plaintiffs | §<br>§<br>§<br>§<br>§ | |
| VS. | §<br>§ | NO. 4:09CV-00439<br>HONORABLE RICHARD A. SCHELL |
| REAL PAGE, INC.<br>    Defendants | §<br>§ | |

### DEFENDANT'S NOTICE OF INITIAL DISCLOSURE

TO THE HONORABLE COURT:

PLEASE TAKE NOTICE that on January 4, 2010, Defendant RealPage, Inc. served its Initial Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) on Plaintiff Angela Minor through her counsel of record and that on January 22, 2010, Plaintiff Angela Minor, on behalf of herself and individuals similarly situated, served her Initial Disclosures on Defendant RealPage, Inc. through its counsel of record pursuant to Federal Rule of Civil Procedure 26(a)(1).

Dated: January 22, 2010

Respectfully submitted,

**GRUBER, HURST, JOHANSEN & HAIL, L.L.P.**

/s/ Bridget A. Blinn
MARK A. SHANK
mshank@ghjhlaw.com
Texas Bar No. 18060800
Bridget A. Blinn
 bblinn@ghjhlaw.com
 Texas Bar No. 24045510

Fountain Place
1445 Ross Avenue, Suite 2500
Dallas, Texas 75202
Telephone: (214) 855-6800
Facsimile: (214) 855-6808

*Attorneys for Defendant RealPage, Inc.*

## CERTIFICATE OF SERVICE

I certify that pursuant to the Federal Rules of Civil Procedure, a true and correct copy of the above and foregoing has been served on all counsel of record via the court's ECF system on all counsel of record:

Certified to the 22th day of January, 2010.

/s/ Bridget A. Blinn
Bridget A. Blinn