IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ANGELA MINOR, ON BEHALF OF HERSELF AND INDIVIDUALS SIMILARLY SITUATED | § § § § | |
| VS. | § § | NO. 4:09CV-00439 HONORABLE RICHARD A. SCHELL |
| REAL PAGE, INC. | § | |

## AGREED DESIGNATION OF MEDIATOR

**TO THE HONORABLE JUDGE OF SAID COURT:**

 **COMES NOW,** Angela Minor, on behalf of herself and individuals similarly situated, Plaintiff in the above entitled and numbered cause, (hereinafter referred to as "MINOR"), and files this her Agreed Designation of Mediator, and would show this Honorable Court that Counsel for Plaintiff, Angela Minor, on behalf of herself and individuals similarly situated, and Counsel for Defendants, Real Page, Inc., hereby designate Lew Goldfarb, McElroy, Deutsch, Mulvaney & Carpenter, LLP, 1300 Mount Kemble Avenue, P O Box 2075, Morristown, NJ 07962-2075, as mediator in the above-referenced matter. The parties expect to mediate this matter prior to May 21, 2010, in compliance with this Court's Scheduling Order.

 Respectfully submitted,

**WELLER, GREEN, TOUPS & TERRELL, L.L.P.**
Post Office Box 350
Beaumont, Texas 77704
(409) 838-0101/Fax: (409) 832-8577
Email:  matoups@wgttlaw.com

**/s/ Mitchell A. Toups**
**MITCHELL A. TOUPS**
STATE BAR NO. 20151600

Matthew J. Erausquin (VSB No. 65434)
**CONSUMER LITIGATION ASSOCIATES, P.C.**
3615-H Chain Bridge Road
Fairfax, VA 22030
(703) 273-7770
Fax:  888-892-3512
Email:  matt@clalegal.com

Leonard A. Bennett (VSB No. 37523)
Consumer Litigation Associates, P.C.
12515 Warwick Boulevard, Suite 100
Newport News VA 23606
Telephone:  757.930.3660
Facsimile:  757.930.3662
Email:  lenbennett@clalegal.com

**ATTORNEYS FOR PLAINTIFF, ANGELA MINOR, ON BEHALF OF HERSELF AND INDIVIDUALS SIMILARLY SITUATED**

## CERTIFICATE OF CONFERENCE

I have conferred with opposing counsel regarding this Designation and opposing counsel is unopposed to this Motion.

**/s/ Mitchell A. Toups**
Mitchell A. Toups

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been furnished to all counsel of record listed below by e-mail; facsimile; overnight delivery; Regular Mail and/or Certified Mail, Return Receipt Requested on April 15, 2010.

**/s/ Mitchell A. Toups**
Mitchell A. Toups