IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **ANGELA MINOR**<br>    Plaintiff | §<br>§<br>§ | |
| VS. | §<br>§ | Case No. 4:09cv439 |
| **REAL PAGE, INC.**<br>    Defendant | §<br>§<br>§ | |

**ORDER REFERRING CASE TO MEDIATION**

The court hereby **ORDERS** that this case be submitted to mediation in accordance with this court's Mediation Plan. The mediator appointed is Lew Goldfarb. The mediator's address and telephone number are 1300 Mount Kemble Avenue, P.O. Box 2075, Morristown, NJ 07962-2075.

The mediation conference shall be conducted by the following date: **May 21, 2010.**

The mediator shall be responsible for communicating with counsel to coordinate a date for the mediation.

Upon completion of the mediation, the mediator shall submit a report to the presiding judge within five days of the completion of the mediation conference.

**SIGNED this the 19th day of April, 2010.**

_Richard A. Schell_
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE