**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| ANGELA MINOR, ON BEHALF OF § | | |
| HERSELF AND INDIVIDUALS § | | |
| SIMILARLY SITUATED § | | |
|     Plaintiffs § | | |
| § | | |
| VS. § | | **NO. 4:09CV-00439** |
| § | | **HONORABLE RICHARD A. SCHELL** |
| REAL PAGE, INC. § | | |
|     Defendants § | | |

**FIRST AMENDED SCHEDULING ORDER**

    Before the court is an "Agreed Motion to Amend Scheduling Order". The motion [de #33] is hereby GRANTED and the court hereby enters the following Amended Scheduling Order pursuant to this court's Local Rule CV-16 and Fed. R. Civ. P. 16:

1. Other parties shall be joined pursuant to Fed. R. Civ. P. 19 and 20 by **January 15, 2010**. (A motion for leave to add parties is not necessary provided parties are added by this date, otherwise leave of court is required.)

2. Amended pleadings shall be filed by **January 19, 2010**. (A motion for leave to amend is not necessary.)

3. This case shall be mediated by **May 21, 2010.** If the parties agree on a mediator, they shall so notify the court of the name, address, and telephone number of the attorney-mediator by **April 15, 2010**. Otherwise, the court will select a mediator.

4. Disclosure of Class Certification Expert testimony pursuant to Fed. R. Civ. P. 26(a)(2) and Local Rule CV-26(b) shall be made by the plaintiff by **June 28, 2010**, and by the defendant by **August 2, 2010**. Thereafter, Defendants shall have until **August 2, 2010** to object to Plaintiff's Class Certification expert Witnesses and the Plaintiffs shall have until **September 1, 2010**, to object to Defendant's Class Certification expert witnesses. Such objections shall be made by a motion to strike or limit expert testimony and shall be accompanied by a copy of the expert's report in order to provide the court with all of the information necessary to make a ruling on any objection.

5. All class discovery shall be commenced in time to be completed by **September 7, 2010**.

6. MOTION(S) FOR CLASS CERTIFICATION shall be completed no later than **September 16, 2010**.

7. DEFENDANTS' RESPONSE to Motion(s) for Class Certification shall be completed no later than **November 1, 2010**.

8. PLAINTIFFS' REPLY to Defendant's Response to Motion(s) for Class Certification shall be completed no later than **November 15, 2010**.

9. The hearing on MOTION(S) FOR CLASS CERTIFICATION will be heard on **Friday, December 10, 2010 at 9:00 a.m.**

10. Disclosure of All Other Expert testimony pursuant to Fed. R. Civ. P. 26(a)(2) and Local Rule CV-26(b) shall be made by the plaintiff by **January 17, 2011**, and by the defendant by **February 17, 2011**. Thereafter, the Defendants shall have until **February 17, 2011**, to object to Plaintiff's expert witnesses, and the Plaintiffs shall have until **March 17, 2011** to object to any defendant's other expert witnesses. Such objections shall be made by a motion to strike or limit expert testimony and shall be accompanied by a copy of the expert's report in order to provide the court with all of the information necessary to make a ruling on any objection.

11. All motions to transfer, motions to remand, motions to dismiss, motions for summary judgment, or other dispositive motions, shall be filed by **March 8, 2011**. Unless leave of court is first obtained, a party may file no more than one motion for summary judgment.

12. All fact discovery shall be commenced in time to be completed by **March 1, 2011**.

13. Pretrial disclosure pursuant to Fed. R. Civ. P. 26(a)(3) shall be made by the Plaintiff by **March 15, 2011** and by the defendant by **April 1, 2011**.

14. Two copies of the Joint Final Pretrial Order prepared in accordance with Local Rule CV-16(b) and Joint Proposed Jury Instructions and Verdict Form (or proposed Findings of Fact and Conclusions of Law in nonjury cases) shall be delivered by the plaintiff to the court by **April 15, 2011**. In order to enable the plaintiff to prepare and deliver the Joint Final Pretrial Order and Joint Proposed Jury Instructions and Verdict Form (or proposed Findings of Fact and Conclusions of Law in nonjury cases) to the court, and to enable the defendants and any third parties to participate in the preparation of such documents, the plaintiff shall provide the plaintiff's share of the necessary information to all other parties by **April 1, 2011**. Thereafter, all defendants and third parties shall provide their share of the information to plaintiff by **April 8, 2011**.

15. Any motions in limine shall be filed by **April 1, 2011**. Responses to motions in limine shall be filed within the time provided by Local Rule CV-7.

16. This case is set for a Final Pretrial Conference and Trial Scheduling on **June 6, 2011**.

**SIGNED this the 7th day of June, 2010.**

_Richard A. Schell_
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE