# McElroy, Deutsch, Mulvaney & Carpenter, LLP
### ATTORNEYS AT LAW

1300 MOUNT KEMBLE AVENUE
P.O. BOX 2075
MORRISTOWN, NEW JERSEY 07962-2075
(973) 993-8100
FACSIMILE (973) 425-0161

LEWIS H. GOLDFARB
Direct dial: (973) 425-8689
lgoldfarb@mdmc-law.com

May 24, 2010

**VIA TELEFAX 214-872-4828**

David J. Maland, Clerk
United States District Court
Eastern District of Texas
Sherman Division
7940 Preston Road, Suite 111
Plano, TX 75024

RE: <u>Minor v. Real Page, Inc</u>
   4:09cv439

Dear Mr. Maland:

Pursuant to Section (f) of the Court-Annexed Mediation Plan and General Order 99-3, enclosed is my Mediator's Report in the above referenced case. Please let me know if you require any further information.

Sincerely,

McElroy, Deutsch, Mulvaney & Carpenter, LLP

Lewis H. Goldfarb

LHG/cah
Enclosure

NEW YORK          PENNSYLVANIA          NEW JERSEY          COLORADO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

ANGELA MINOR,

    Plaintiff,

Vs.                                     Case No. 4:09cv439

REAL PAGE, INC.,

    Defendant.

## MEDIATOR'S REPORT

In accordance with the Court's Order of April 19th, 2010, a mediation conference was held on May 18, 2010. The parties met from 9:30 am until 4 pm but were not successful in settling the matter. However, they agreed to continue their efforts to resolve the case. All parties and counsel were present except that Plaintiff, Angela Minor, participated via a computer set-up that enabled her to view and listen to a power point presentation and participate in discussion with the parties and counsel.

SIGNED this 24th day of May, 2010

_____
Lewis Goldfarb, Mediator

1439580_1