# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| ANGELA MINOR, ON BEHALF OF<br>HERSELF AND INDIVIDUALS<br>SIMILARLY SITUATED<br>    Plaintiffs | §<br>§<br>§<br>§<br>§ | |
| VS. | §<br>§ | NO. 4:09CV-00439<br>HONORABLE RICHARD A. SCHELL |
| REAL PAGE, INC.<br>    Defendants | §<br>§ | |

## SECOND AMENDED SCHEDULING ORDER

Upon consideration of the parties' Joint Motion to Amend Scheduling Order, the Court is of the opinion that said Motion [de #36] be in all things GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the deadlines are hereby extended as follows:

1.  The deadline for joinder of parties has passed and is unaffected by this Order.

2.  The deadline for amended pleadings has passed and is unaffected by this Order.

3.  The deadline for mediation has passed and is unaffected by this Order.

4.  Disclosure of Class Certification Expert testimony pursuant to Fed. R. Civ. P. 26(a)(2) and Local Rule CV-26(b) shall be made by the plaintiff on or before **August 12, 2010**, and by the defendant by **September 16, 2010**. Thereafter, Defendants shall have until **September 16, 2010** to object to Plaintiff's Class Certification expert Witnesses and the Plaintiffs shall have until **October 18, 2010**, to object to Defendant's Class Certification expert witnesses. Such objections shall be made by a motion to strike or limit expert testimony and shall be accompanied by a copy of the expert's report in order to provide the court with all of the information necessary to make a ruling on any objection.

5.  All class discovery shall be commenced in time to be completed by **October 22, 2010**.

6.  MOTION(S) FOR CLASS CERTIFICATION shall be completed no later than **November 1, 2010**.

7. DEFENDANTS' RESPONSE to Motion(s) for Class Certification shall be completed no later than **December 16, 2010**.

8. PLAINTIFFS' REPLY to Defendant's Response to Motion(s) for Class Certification shall be completed no later than **December 30, 2010**.

9. The hearing on MOTION(S) FOR CLASS CERTIFICATION will be heard on **January 27, 2010** at 9:00 a.m.

10. Disclosure of All Other Expert testimony pursuant to Fed. R. Civ. P. 26(a)(2) and Local Rule CV-26(b) shall be made by the plaintiff by **March 3, 2011**, and by the defendant by **April 4, 2011**. Thereafter, the Defendants shall have until **April 4, 2011,** to object to Plaintiff's expert witnesses, and the Plaintiffs shall have until **May 2, 2011** to object to any defendant's other expert witnesses. Such objections shall be made by a motion to strike or limit expert testimony and shall be accompanied by a copy of the expert's report in order to provide the court with all of the information necessary to make a ruling on any objection.

11. All motions to transfer, motions to remand, motions to dismiss, motions for summary judgment, or other dispositive motions, shall be filed by **April 22, 2011**. Unless leave of court is first obtained, a party may file no more than one motion for summary judgment.

12. All fact discovery shall be commenced in time to be completed by **April 18, 2011**.

13. Pretrial disclosure pursuant to Fed. R. Civ. P. 26(a)(3) shall be made by the Plaintiff by **April 29, 2011** and by the defendant by **May 16, 2011**.

14. Two copies of the Joint Final Pretrial Order prepared in accordance with Local Rule CV-16(b) and Joint Proposed Jury Instructions and Verdict Form (or proposed Findings of Fact and Conclusions of Law in nonjury cases) shall be delivered by the plaintiff to the court by **May 30, 2011**. In order to enable the plaintiff to prepare and deliver the Joint Final Pretrial Order and Joint Proposed Jury Instructions and Verdict Form (or proposed Findings of Fact and Conclusions of Law in nonjury cases) to the court, and to enable the defendants and any third parties to participate in the preparation of such documents, the plaintiff shall provide the plaintiff's share of the necessary information to all other parties by **May 16, 2011**. Thereafter, all defendants and third parties shall provide their share of the information to plaintiff by **May 23, 2011**.

15. Any motions in limine shall be filed by **May 16, 2011**. Responses to motions in limine shall be filed within the time provided by Local Rule CV-7.

16. This case is set for a Final Pretrial Conference and Trial Scheduling on **August 1, 2011**.

SIGNED this the 2nd day of July, 2010.

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE