# UNITED STATES DISTRICT COURT
## Eastern District of Texas
### Sherman Division

| | |
|---|---|
| ANGELA MINOR<br>　　Plaintiff<br><br>VS.<br><br>REAL PAGE, INC.<br>　　Defendant | § NOTICE OF HEARING<br>§<br>§<br>§ Case No. 4:09cv439<br>§<br>§<br>§ |

TAKE NOTICE that a **_HEARING ON MOTION FOR CLASS CERTIFICATION_** has been set for the place, date and time set forth below:

| Place: UNITED STATES DISTRICT COURT<br>　　　　7940 Preston Road<br>　　　　Plano, Texas 75024 | Courtroom # 105 |
|---|---|
| Before: **The Honorable Richard A. Schell** | |

**XX TAKE NOTICE that the proceeding in this case has been continued/rescheduled as indicated below due to a typographical error in the Second Amended Scheduling Order [de #37].**

| Place: See Above | Date and Time Previously Scheduled | Continued/Rescheduled, Date and Time |
|---|---|---|
| Before: See Above | **January 27, 2010 at 9:00 a.m.** | **January 27, 2011 at 9:00 a.m.** |

DAVID J. MALAND
U.S. Clerk of Court

*Lori Bates* (signature)

Lori Bates for Bonnie Sanford
COURTROOM DEPUTY

July 7, 2010
DATE